As plaintiff has appealed, and his
appeal is pending, no action will be
taken on this "memorandum" or "declaration."
Plaintiff should direct his submissions regarding this
case to the Court of Appeals.    ~~ered: Signed by Judge Lois Bloom/~~

March 22, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 24 2010 ★
BROOKLYN OFFICE

4/5/10

To: Hon Nicholas G Garaufis, USDJ.
United State District Court
Eastern District of Newyork
225 Camden plaza
Brooklyn, Newyork 11201

W FLEMMING DECLARATION
2nd and MEM RANDUM

Re Flemmings v City of Newyork, et al
03-CV-662

Dear Hon. Nicholas G. Garaufis, USDJ,.

Woodrow Flemming being duly admit
Under penalty of perjury and affirm,
1. Plaintiff Flemming now write this Second
Declaration base of facts and personal Knowledge
and the law there is before this Court.
2. Hon. Nicholas Garaufis Jr., the defendants
with held this information and when Plaintiff obtain
his information this Court denied him his rights,
3. The documents with Plaintiff respect Rule 56(c)
obtain let from Medical Sick July 16 2004 the
defendants with held this information.

3. No Where Can the defendants Can Point to that they gave plantff information, and No Where Can defendants Show that they did an use this document Showing Frozen Shoulder date July 16, 2004 Center page.

4. The defendants With held this information and plantff took his time to be able to Sinlight and Support Rule 56(e).

5. Also Plantff Obtain another document after his Case was dismiss, document July 16, 2004, the defendants tryed to Cover Complient up.

The defendants Cause plantff a longterm to his Shoulder, Arm and Neck.

The defendants Promus Plantff MRI and then retaliated Moving Plantff to the State of New York Correction before his MRI.

While in DCC State of New York, Plantff Complined So much about Pain and that he was not able to raise his arm, but because defendants did not Note this in file, DCC did not treat. DCC look at my Shoulder and because my Shoulder was hurty Move Arm was a doctor look at plantff Should and the doctor Stated that not flway needed a CT Cat of this because the defendants did not treat and faltue to inform Department of Correction Service medical. Custom/policy.

Dated: March 22, 2010

CC: H.P.M. AB Def Counsel Attn.

Edward Leroy 03-A-3257